UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
TIMOTHY P. BROWN,                )
                                 )   1:06-cv-00789 OWW DLB
                                 )
             Plaintiff,          )
                                 )
     v.                          )   ORDER DISMISSING ACTION
                                 )
PLACEMENT PROS, etc.,            )
                                 )
                                 )
             Defendant.          )
                                 )
                                 )
```

Pursuant to the voluntary dismissal submitted by the plaintiff and no answer having been filed by the defendant,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 7, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE

1